IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE DIAZ,

     Plaintiff,                     1: 08 CV 00767 AWI YNP GSA (PC)

     vs.                           ORDER DISMISSING ACTION

LINDA SMART, et al.,

     Defendants.

     Plaintiff has filed a motion to voluntarily dismiss this action.  Plaintiff seeks to "withdraw all call claims against defendants in this instant case."  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),  Plaintiff may dismiss this action on his own motion, so long as a responsive pleading has not been filed.  There has been no service of process, and no Defendant has entered an appearance.  Plaintiff's motion should therefore be granted.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, on Plaintiff's motion.  The Clerk is directed to close the case.

IT IS SO ORDERED.

**Dated:**   **December 23, 2009**              /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE